**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **In re:**<br><br>**ANGELA RENITA BOYKINS**<br><br>**Debtor.**<br>**SS. # xxx-xx-7162** | **Case No. 15-20663 JGR**<br>**Chapter 7** |
| **ANGELA RENITA BOYKINS**<br>**Plaintiff,**<br><br>**vs.**<br><br>**NAVIENT SOLUTIONS, INC. a/k/a NAVIENT**<br>**Defendant.** | **Adversary Proceeding No.:** |

**DEBTOR'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF EDUCATION LOAN**

THE PLAINTIFF, **ANGELA RENITA BOYKINS,** (hereinafter 'Ms. Boykins' or 'Debtor') through counsel **LAW OFFICES OF KIMBER Z. SMITH, P.C.**, in Complaint against the Defendant**, NAVIENT SOLUTIONS, INC. a/k/a NAVIENT** (hereinafter 'Navient' or 'Defendant') would state and allege the following:

**PARTIES AND JURISDICTION**

1. Plaintiff is an individual Chapter 7 Debtor with a residential address of 2305 W. 92nd Ave., Lot 229, Federal Heights, CO 80260. Debtor filed her voluntary Chapter 7 proceeding on September 23, 2015 and received her Chapter 7 Discharge on December 28, 2015.

2. The Defendant is, upon information and belief a Delaware corporation with a principal business address of 2001 Edmund Halley Drive, Reston, VA 20191.

3. That this is an action pursuant to 11 USC §523(a)(8) to determine the dischargeability of a Educational Loan and pursuant to FRBP 4007 (b) may be brought at any time.

4. The Bankruptcy Court has jurisdiction over the within matter and it is a core proceeding within the meaning of 28 U.S.C. §§157 and 1334.

6. Venue is proper in this Court pursuant to 28 USC §1409.

## GENERAL ALLEGATIONS AND CLAIM FOR RELIEF

7. Beginning in 1990, Ms. Boykins took out several student loans over the course of approximately four years to finance her post-secondary education.

8. Initially these loans totaled approximately $33,987.06.

9. In approximately February, of 2007 all of Ms. Boykins' student loans were consolidated in two loans held by the Defendant Navient.

10. Ms. Boykins commenced repayment of these loans beginning April 1, 2007.

11. Beginning in about 2008 Ms. Boykins begin suffering chronic, debilitating migraine headaches. These headaches would begin without warning, and last for varying periods, sometimes several days; sometimes several weeks.

12. The only effective treatment has been bed rest in a darkened room until the pain subsides.

13. As a result of these migraine headaches, Ms. Boykins was forced to quit her job since she was unable to be at work on a regular and ongoing basis.

14. Ms. Boykins has consulted with numerous doctors, both at Denver Public Health, and Kaiser regarding the diagnosis and an effective treatment for this condition.

15. Although the doctors have not diagnosed a specific organic cause for these migraine headaches, they have indicated that Ms. Boykins' age and medical history are contributing factors. The doctors have also advised Ms. Boykins that this problem could continue for an indefinite period.

16. Ms. Boykins' doctors have tried a number of medical treatments to alleviate her pain, none of which has been an effective or a permanent solution.

17. Ms. Boykins has also sought relief from naturopathic remedies, including acupuncture, but without any long term relief from her pain.

18. Partly as a result of the severe and continuing pain which she suffers from her migraines, and the resulting need for quiet and isolation, Ms. Boykins has also begun suffering from some mental health issues, including anxiety attacks, and agoraphobia. In addition, Ms. Boykins has been diagnosed as suffering from Bipolar Disorder with psychotic tendencies, post traumatic stress disorder and obsessive compulsive disorder.

19. Ms. Boykins has also sought counseling and treatment for these issues, which is currently ongoing on a limited basis because of cost issues.

20. As a result of her medical and mental health issues, Ms. Boykins has not been able to hold any regular employment since 2008.

21. Ms. Boykins currently has no income and no prospects for any or any employment either full or part time.

22. Ms. Boykins has sought permanent disability income from the Social Security administration but that has been refused.

23. Ms. Boykins is married to Mark J. Boykins. Mr. Boykins is employed part time as a church musician; part time as a music teacher for Denver Public Schools; and he free lances for various other music groups as such positions are available.

24. In 2014 Mr. Boykins' adjusted gross income was $31,990.00. In 2015 Mr. Boykins estimated income was approximately $35,000.00. From this, in addition to paying for his and Ms. Boykins' living expenses, Mr. Boykins has a child support obligation of $401.00 per month for a son by a previous relationship. Attached hereto and incorporated by this reference as Exhibit 'A' is the monthly budget for Ms. Boykins and her husband, as submitted in Ms. Boykins' Chapter 7, which shows a monthly deficit of $204.94 per month.

25. Mr. Boykins has no legal obligation to make any payment on Ms. Boykins' educational loans, and it would be impossible for him to do so in any event.

26. The current estimated balance on Ms, Boykins' educational loans is $61,311.84 which amount continues to accrue interest at an annual rate of 7.88% per month. Said loans are currently on deferment, but such deferment ends April 1, 2016. A copy of a recent statement from Navient is attached hereto, labeled Exhibit 'B' and incorporated herein by this reference.

27. Under 11 USC §523(a)(8) the amount owed to Navient would be nondischargeable unless Ms. Boykins can show that repayment would be an undue hardship.

28. Ms. Boykins hereby asserts that such payment would, indeed, be an undue hardship. She has no income and no prospects of any income with which to repay Navient. Her husband's income is barely sufficient to pay their living expenses and his child support obligation. Any attempt to have him make loan payments for Ms. Boykins would work an undue hardship on him and the child for whom he provides support.

29. Ms. Boykins therefor asserts that she is completely unable to repay the obligation to Navient and that she has met the 'undue hardship' test provided for under 11 USC §523(a)(8) and applicable case law.

WHEREFORE Plaintiff prays for the court to determine that the educational loan owed to Navient is dischargeable in full as undue hardship upon the Debtor.

Dated: January 12, 2016

LAW OFFICES OF KIMBER Z. SMITH, P.C.

By /s/ Kimber Z. Smith

Kimber Z. Smith, Reg no. 8479
Attorneys for Plaintiff
P.O. Box 1105
Arvada, CO 80001
303-658-0177
kimber@kimberzlaw.com

Exhibit A

**Fill in this information to identify your case:**

Debtor 1: Angela Renita Boykins
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): ____________________
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for: Colorado

Case number (If known): ____________________

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of the following date: ________ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | Musician |
| **Employer's name** | | People's Presbyterian Church |
| **Employer's address** (Number Street / City State ZIP Code) | | 2780 York St.<br>Denver, CO 80205 |
| **How long employed there?** | | 9 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ | $ 2,454.42 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 2,454.42 |

Debtor 1 Angela Renita Boykins (First Name / Middle Name / Last Name) Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** → | 4. | $ 0.00 | $ 2,454.42 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | $ 356.36 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | $ 0.00 |
| 5e. **Insurance** | 5e. | $ | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ | $ 0.00 |
| 5g. **Union dues** | 5g. | $ | $ 0.00 |
| 5h. **Other deductions.** Specify: ______ | 5h. | + $ | + $ 0.00 |
| 6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 356.36 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 2,098.06 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ______ | 8f. | $ | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: See Attachment 1 | 8h. | + $ 0.00 | + $ 495.00 |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 495.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 0.00 + $ 2,593.06 = $ 2,593.06

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: None 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies 12. $ 2,593.06
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- [x] No.
- [ ] Yes. Explain:

# Addendum

**Attachment 1**

**Part time work as a teacher and accompanist**

**Fill in this information to identify your case:**

Debtor 1: Angela Renita Boykins
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ______
First Name / Middle Name / Last Name

United States Bankruptcy Court for : Colorado

Case number (If known) ______

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date: ______ MM / DD / YYYY
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

- ☒ No. Go to line 2.
- ☐ Yes. **Does Debtor 2 live in a separate household?**
  - ☒ No
  - ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

- ☒ No
- ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

- ☒ No
- ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 500.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1 Angela Renita Boykins (First Name, Middle Name, Last Name) Case number (if known)

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $0.00 |
| 6b. Water, sewer, garbage collection | 6b. | $0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $140.00 |
| 6d. Other. Specify: | 6d. | $0.00 |
| 7. **Food and housekeeping supplies** | 7. | $250.00 |
| 8. **Childcare and children's education costs** | 8. | $0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $25.00 |
| 10. **Personal care products and services** | 10. | $25.00 |
| 11. **Medical and dental expenses** | 11. | $100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $200.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $0.00 |
| 15b. Health insurance | 15b. | $442.00 |
| 15c. Vehicle insurance | 15c. | $143.00 |
| 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| 17c. Other. Specify: | 17c. | $ |
| 17d. Other. Specify: | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I*: *Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $0.00 |
| 20b. Real estate taxes | 20b. | $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1 Angela Renita Boykins Case number (*if known*)
First Name Middle Name Last Name

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: See Attachment 1 | 21. | +$ 773.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ 2,798.00 |
| 23. | **Calculate your monthly net income.** | | |
| 23a. | Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ 2,593.06 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | – $ 2,798.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -204.94 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:

# Addendum

**Attachment 1**

**Description: Non filing spouse's separate expenses**
**Amount: 200.00**

**Description: Storage Unit**
**Amount: 172.00**

**Description: Non filing spouse's child support obligation**
**Amount: 401.00**

Exhibit B

NAVIENT

P.O. Box 9500
Wilkes-Barre, PA 18773
Fax: 800-848-1949

APPLY FOR A NEW LOAN | MY ACCOUNT # 9064035380 | WELCOME ANGELA LOGOUT

MAKE A PAYMENT CHANGE PAYMENT CUSTOMER SUPPORT

Simplified Term Life Insurance
Up to $250,000 of financial reassurance
Offered by Sallie Mae Insurance Services® and American National Insurance Company
AMERICAN NATIONAL
Get a Quote
Sallie Mae® in collaboration with Navient®

You have 1 message(s) View all message(s)

## Loan Summary

Learn how your payments are allocated and applied.

| | Loans Balance | Current Payment Due | Pay your Loans |
|---|---|---|---|
| GRAND TOTAL | $61,311.84 | $0.00 | |

## FEDERAL LOANS

TAKE ACTION ON YOUR LOANS

Visit our FAQs for info on how to make payments, credit reporting, and how to contact us.

| Loan Name | Loan Balance | Current Interest Rate | Current Payment Due | Next Payment Due Date |
|---|---|---|---|---|
| Consolidation 1-01 | $44,436.52 | 7.88% | No payment due | Next payment due 04/03/2016 |
| Consolidation 1-02 | $16,875.32 | 7.88% | No payment due | Next payment due 04/03/2016 |
| TOTAL | $61,311.84 | | $0.00 | |

**PENDING PAYMENTS** FEDERAL LOANS

**You currently do not have any**

**PAYMENTS RECEIVED** FEDERAL LOANS

**You have no posted payments**

**pending payments**

upromise REWARDS

Learn More

Join Upromise for free and earn cash back for everyday spending - which can help pay your loan faster!



© 2014 - 2015 Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are service marks of Navient Solutions, Inc.
Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.